Certificate Number: 12433-PAM-DE-040185808

Bankruptcy Case Number: 25-02713



12433-PAM-DE-040185808

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2025, at 4:57 o'clock PM EDT, Annie Johnson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  October 10, 2025

By:  /s/Loren Bailey Roberts

Name:  Loren Bailey Roberts

Title:  Teacher