United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02713-MJC |
| Annie Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 04, 2025　　　　　　　　Form ID: ntcnfhrg　　　　　　　　　Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie Johnson, 1127 Cranberry Drive, Bushkill, PA 18324-7907 |
| cr | +++ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5744980 | | NEPA COMMUNITY FCU, 934 NORTH NINTH STREET, STROUDSBURG, PA 18360-1208 |
| 5744981 | + | NEPA SCHOOL EMP FCU/BANKCARDS, 934 N 9TH STREET, STROUDSBURG, PA 18360-1208 |
| 5744983 | + | PINE RIDGE COMMUNITY, 4770 PINE RIDGE DRIVE W, BUSHKILL, PA 18324-8430 |
| 5748593 | + | Utilities Employees Credit Union, Po Box 14864, Reading, PA 19612-4864 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5744974 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 18:56:52 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5744975 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2025 18:49:00 | COMENITY CAPITAL/ULTA MC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5744976 | ^ | MEBN | Nov 04 2025 18:42:46 | FIGURE LENDING, PO BOX 40534, RENO, NV 89504-4534 |
| 5744977 | | Email/Text: camanagement@mtb.com | Nov 04 2025 18:49:00 | M & T BANK, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5747734 | + | Email/Text: camanagement@mtb.com | Nov 04 2025 18:49:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5744979 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 04 2025 18:48:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, BALTIMORE, MD 21236-5904 |
| 5744982 | + | Email/Text: Darren.Pedaci@northwest.com | Nov 04 2025 18:48:00 | NORTHWEST BANK, RETAIL SERVICING, PO BOX 3001, WARREN, PA 16365-1101 |
| 5744984 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 18:56:52 | SYNCB/JC PENNEYS, PO BOX 71729, PHILADELPHIA, PA 19176-1729 |
| 5744985 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 18:56:45 | SYNCB/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5744986 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 18:56:45 | SYNCB/VERIZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5745735 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 04 2025 18:56:52 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5744978 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, PO BOX 1288, BUFFALO, NY 14240-1288 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Annie Johnson lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Annie Johnson,<br>     **Debtor 1** | Chapter    13<br><br>Case No.    5:25−bk−02713−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 11, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: December 18, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 4, 2025 |

ntcnfhrg (08/21)